IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**RAQUEL MATA, Individually and as**
**Mother and Next Fried of Minors JUAN**
**ALEJANDRO GUEVARA, JR., a minor, and**
**ANNA PAOLA GUEVARA, A minor and as**
**Personal Representative of THE ESTATE OF**
**JUAN ALEJANDRO GUEVARA, deceased,**

      Plaintiff,

vs.                                        No. 09-CV-00015 WPL/KBM

**MANAGEMENT & TRAINING CORPORATION**,
**and PHYSICIANS NETWORK ASSOCIATION**
**LLC, dba PNA OF TEXAS I LTD.,**

      Defendants.

## ORDER APPROVING SETTLEMENT

THIS MATTER came before the Court on July 19, 2010 for approval of the settlement of the parties since it involves minor children.  All parties appeared by counsel and the Plaintiff Raquel Mata and the Guardian Ad Litem appeared.  The Court has reviewed the Guardian Ad Litem Report, has considered the statements of the Guardian Ad Litem and counsel for the parties, has heard the testimony of the Plaintiff Raquel Mata, and being otherwise advised, FINDS and CONCLUDES:

    The request for approval of settlement is well taken and no party objects to its approval.

    The Guardian Ad Litem Report is approved.

The structured settlement put in place for the minor children, Juan Alejandro Guevara, Jr. and Anna Paola Guevara, is approved.

In considering whether the settlement is in the best interests of the minor children, Juan Alejandro Guevara, Jr. and Anna Paola Guevara, the Court has relied on the factors set out in the Tenth Circuit case of *Jones v. Nuclear Pharmacy*, 741 F.2d 322, 324 (10th Cir. 1984).

The settlement satisfies all of the factors set out in the *Jones* case.

The settlement is in the best interests of the minor children, Juan Alejandro Guevara, Jr. and Anna Paola Guevara.

WHEREFORE, the settlement of the parties is hereby APPROVED.

*William P. Lynch*
HON. WILLIAM P. LYNCH
UNITED STATES MAGISTRATE JUDGE, PRESIDING

SUBMITTED BY:

BUTT THORNTON & BAEHR PC

/s/
Rob T. Booms
Butt Thornton & Baehr PC
P.O. Box 3170
Albuquerque, NM 87190-3170
(505) 884-0777
*Attorney for Defendant, Physicians Network Association*

APPROVED:

SCHERR & LEGATE, PLLC
James F. Scherr
Joseph Isaac
109 North Oregon, 12th Floor
El Paso, TX 79901
(915) 544-0100

    */s/ Philip B. Davis*
Philip B. Davis
814 Marquette NW
Albuquerque, NM 87102
(505) 242-1904

*Attorneys for Plaintiff*

KELEHER & MCLEOD PA


    *Approved by e-mail 7-27-10*
Kurt Wihl
Mariposa Padilla Sivage
P.O. Box AA
Albuquerque, NM 87103
(505) 346-4646
*Attorneys for Management & Training Corporation*