IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**RAQUEL MATA, Individually and as**
**Mother and Next Fried of Minors JUAN**
**ALEJANDRO GUEVARA, JR., a minor, and**
**ANNA PAOLA GUEVARA, A minor and as**
**Personal Representative of THE ESTATE OF**
**JUAN ALEJANDRO GUEVARA, deceased,**

      Plaintiff,

vs.                                               No. 09-CV-00015 WPJ/KBM

**MANAGEMENT & TRAINING CORPORATION**,
**and PHYSICIANS NETWORK ASSOCIATION**
**LLC, dba PNA OF TEXAS I LTD.,**

      Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the Plaintiff's Unopposed Motion to Dismiss With Prejudice (Doc. 110), the Court having read said Motion, considered the other pleadings on file, and otherwise being fully advised in the premises, FINDS:

1. That the parties have settled this case and Plaintiff has filed an unopposed motion to dismiss with prejudice;

2. That the motion is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

1. The cause of action against Defendants is dismissed with prejudice,

2. All parties to bear their own costs and attorney's fees.

                                    *William P. Lynch*
                                    HONORABLE WILLIAM P. LYNCH
                                    United States Magistrate Judge, Presiding

APPROVED:


SCHERR & LEGATE, PLLC
James F. Scherr
Joseph Isaac
109 North Oregon, 12th Floor
El Paso, TX 79901
(915) 544-0100


      *Electronically signed*
Philip B. Davis
814 Marquette NW
Albuquerque, NM  87102
(505) 242-1904

*Attorneys for Plaintiff*

BUTT THORNTON & BAEHR PC

/s/
Rob T. Booms
P.O. Box 3170
Albuquerque, NM  87190-3170
(505) 884-0777

*Attorneys for Defendant Physicians Network Association*

KELEHER & MCLEOD PA


      *Approved by e-mail 7-27-10*
Kurt Wihl
Mariposa Padilla Sivage
P.O. Box AA
Albuquerque, NM  87103
(505) 346-4646

*Attorneys for Management & Training Corporation*